**PACIFIC GAMBLE ROBINSON CO., a
corporation, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 15818.**

United States Court of Appeals
Ninth Circuit.

June 30, 1959.

Ryan, Askren, Mathewson, Carlson &
King, Daniel C. Blom, Laurance S. Carl-
son, Seattle, Wash., for appellant.

Charles K. Rice, Asst. Atty. Gen., I.
Henry Kutz, Helen A. Buckley, Lee A.
Jackson, Attys., Dept. of Justice, Wash-
ington, D. C., Charles P. Moriarty, U. S.
Atty., Seattle, Wash., for appellee.

Before POPE, Chief Judge, and
STEPHENS, FEE, CHAMBERS,
BARNES, HAMLEY, HAMLIN and
JERTBERG, Circuit Judges.

PER CURIAM.

The opinion in Fisher Flouring Mills
Company v. United States, 9 Cir., 270 F.
2d 27, is adopted as the opinion of the
Court in this case.

Since the bulk of the shipments
in controversy in the instant case were
paid for by draft on a bank in the United
States, although delivery thereof was
made in Canada, we hold such payments
were not as a matter of law made "with-
in the United States." The established
commercial usage of this country and
Canada is that these payments were
made in Canada whether the banks upon
which the drafts were drawn were sit-
uate in that country or this. Unquestion-
ably, the actual intent of both the shipper
and the railroad conformed thereto. The
Court of Claims, by a divided court, held
the opposite in Kellogg Company v. Unit-
ed States, 133 F.Supp. 387, 132 Ct.Cl.
507. The Supreme Court denied cer-
tiorari.

We have been admonished that
denial of certiorari does not indicate a

leaning one way or the other as to the questions involved in the opinion sought to be reviewed. The determination of the Court of Claims might have been upon the facts. There is no such finding of fact in the case before us.

Reversed.